1

2

3

4

5    **UNITED STATES DISTRICT COURT**

6    **EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| 7  JESSE L. BUNTAIN, | No. 15-CV-0304-FVS |
| 8                    Plaintiff, | ORDER ADOPTING REPORT AND |
| | RECOMMENDATION TO DENY |
| 9        vs. | PLAINTIFF'S MOTION FOR |
| | SUMMARY JUDGMENT AND |
| 10  NANCY A. BERRYHILL, Acting | GRANT DEFENDANT'S MOTION |
| | FOR SUMMARY JUDGMENT |
| 11  Commissioner of Social Security, [1] | |
| | ECF Nos. 12, 14, 16 |
| 12                    Defendant. | |

13

_____

14

15    [1] Nancy A. Berryhill became the Acting Commissioner of Social Security on

16    January 20, 2017.  Pursuant to Rule 25(d) of the Rules of Civil Procedure, Nancy

17    A. Berryhill is substituted for Carolyn W. Colvin as the defendant in this suit.  No

18    further action need be taken to continue this suit by reason of the last sentence of

19    42 U.S.C. § 405(g).

20

ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 1

1    **BEFORE THE COURT** is the Report and Recommendation issued by

2  Magistrate Judge Mary K. Dimke on January 23, 2017, ECF No. 16,

3  recommending Plaintiff's Motion for Summary Judgment, ECF No. 12, be denied

4  and Defendant's Motion for Summary Judgment, ECF No. 14, be granted.   No

5  objection was filed.  After review, the Court hereby adopts the Report and

6  Recommendation in its entirety.  Accordingly, **IT IS ORDERED:**

7        1.    The Report and Recommendation, **ECF No. 16**, is **ADOPTED** in its

8  entirety.

9        2.    Plaintiff's Motion for Summary Judgment, **ECF No. 12,** is **DENIED**.

10       3.    Defendant's Motion for Summary Judgment, **ECF No. 14,** is

11  **GRANTED.**

12       The District Court Executive is directed to file this Order and forward copies

13  to the parties.   Judgment shall be entered for Defendant and the file shall be

14  **CLOSED**.

15       DATED February 9, 2017.

16                              s/*Fred Van Sickle*
                               Fred Van Sickle
17                       Senior United States District Judge

18

19

20

ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 2