# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Jesse L. Buntain,

*Plaintiff*

v.

Nancy A. Berryhill, Acting Commissioner of Social Security

*Defendant*

Civil Action No. 2:15-CV-00304-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Summary Judgment is DENIED.  Defendant's Motion for Summary Judgment is GRANTED.  Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Judge Van Sickle on motions for Summary Judgment.

Date: February 9, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy